IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRANCE L. BLAND                                                     PLAINTIFF

v.                  Case No. 4:11CV00862 JMM-JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                     DEFENDANT

## ORDER

Pending is Plaintiff's Application to Proceed In Forma Pauperis (DE #1). The Court is hereby directed to forward Form AO-240 (Non-Prisoner) to Plaintiff so that he may supplement his application within fourteen days of this Order.

IT IS SO ORDERED this 6th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE