**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TERRANCE L. BLAND                                                         PLAINTIFF

v.                         Case No. 4:11-cv-862-SWW-JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                         DEFENDANT

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 25th day of October, 2012.

                                                                   /s/Susan Webber Wright
                                                           UNITED STATES DISTRICT JUDGE